**IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, | No. 78527-3-I |
| Respondent, | |
| v. | DIVISION ONE |
| FABIAN MARCEL BROWN, | UNPUBLISHED OPINION |
| Appellant. | FILED: JUL 1 5 2019 |

PER CURIAM — Fabian Brown appeals his conviction for theft of a motor vehicle, arguing that the trial court failed to enter written findings and conclusions as required by CrR 3.5 and that we must remand for their entry. But the trial court belatedly entered the findings and conclusions, and Brown has not alleged any prejudice from their delayed entry despite the opportunity to do so in a reply brief. Accordingly, a remand is unnecessary. State v. Cannon, 130 Wn.2d 313, 329, 922 P.2d 1293 (1996) ("Although the practice of submitting late findings and conclusions is disfavored, they may be 'submitted and entered even while an appeal is pending' if the defendant is not prejudiced by the belated entry of findings." (quoting State v. McGary, 37 Wn.App. 856, 861, 683 P.2d 1125 (1984)); State v. Gaddy, 114 Wn.App. 702, 705, 60 P.3d 116 (2002), aff'd, 152 Wn.2d 64, 93 P.3d 872 (2004).

Affirmed.

For the Court: